# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| SUDHIR KUMAR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 21-cv-02822 ) |
| THE ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION, | ) Judge: Manish S. Shah ) ) |
| Defendant. | ) ) ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Defendant The Accreditation Council for Graduate Medical Education makes the following disclosure:

The Accreditation Council for Graduate Medical Education is not a publicly held corporation, has no parent corporation, and no publicly owned entity owns more than 5% of its shares.

Dated: June 25, 2021

Respectfully submitted,

/s/    *Gregory P. Abrams*
  Gregory P. Abrams
  Taylor L. Haran
  Faegre Drinker Biddle & Reath LLP
  311 South Wacker Drive
  Suite 4300
  Chicago, Illinois 60606
  (312) 212-6500
  Gregory.abrams@faegredrinker.com
  taylor.haran@faegredrinker.com
  Attorneys for Defendant

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 25th day of June, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

              <u>/s/  Taylor L. Haran   </u>