IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Sudhir Kumar** | ) |
| **Plaintiff,** | ) Case No. 21-cv-02822 |
| v. | ) |
| **The Accreditation Council for Graduate Medical Education,** | ) Honorable Manish S. Shah |
| **Defendant.** | ) |

## MOTION TO WITHDRAW AS COUNSEL

Gregory P. Abrams of the law firm of Faegre Drinker Biddle & Reath LLP hereby gives notice of his withdrawal as counsel of record for Defendant The Accreditation Council for Graduate Medical Education in this case pursuant to LR 83.17. Taylor L. Haran of Faegre Drinker Biddle & Reath LLP has previously appeared in this case and will continue to represent the Defendant in this action.

WHEREFORE, Gregory Abrams respectfully moves to withdraw his appearance as counsel for Defendant.

Dated: October 31, 2022

Respectfully submitted,

/s/ *Gregory P. Abrams*
Gregory P. Abrams
Taylor L. Haran
Faegre Drinker Biddle Reath LLP
320 S. Canal Street, Suite 3300
Chicago, Illinois 60606
Telephone: (312) 569-1000
Facsimile: (312) 569-3000
Gregory.abrams@faegredrinker.com
Taylor.haran@faegredrinker.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 31, 2022, I electronically filed the foregoing **Motion to Withdraw as Counsel** herein with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system, which sent notification of such filing to the registered CM/ECF participants.

                      /s/ *Gregory P. Abrams*